Fourth Court of Appeals
 San Antonio, Texas
 
 JUDGMENT
 
 No. 04-17-00676-CV
 
 REAL PROPERTY LOCATED AT 404 FULLER ST., 
 KERRVILLE, KERR COUNTY, TEXAS,
 Appellant
 
 v.
 
 The STATE of Texas,
 Appellee
 
 From the 216th Judicial District Court, Kerr County, Texas
 Trial Court No. 16620A
 Honorable N. Keith Williams, Judge Presiding

 BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ
 
 In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant Peggy Butler in relation to this appeal because she qualifies as indigent under Tex. R. App. P. 29.
 SIGNED December 19, 2018.

2962275-14668500_____________________________
Sandee Bryan Marion, Chief Justice